**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MARCIA MICHELLE GREEN**

**VERSUS**

**RESIDENTIAL ACCEPTANCE CORP., ET AL.**

**CIVIL ACTION**

**NO. 24-341-JWD-SDJ**

**OPINION**

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated February 19, 2025 (Doc. 71), to which an objection was filed and considered (Doc. 73),

**IT IS ORDERED** that the Motions to Dismiss (Docs. 37, 38, 39, and 41) are GRANTED, and this case shall be DISMISSED with prejudice.

Judgment shall be entered accordingly.

 Signed in Baton Rouge, Louisiana, on <u>March 19, 2025</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**