## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARCIA MICHELLE GREEN | CIVIL ACTION |
| VERSUS | |
| | NO. 24-341-JWD-SDJ |
| RESIDENTIAL ACCEPTANCE CORP., ET AL. | |

### RULING AND ORDER

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated January 16, 2026 (Doc. 90), to which objections were filed and considered (Docs. 91 and 92),

**IT IS ORDERED** that the Motion to Reconsider Order of Dismissal with Prejudice and for Leave to File Second Amended Complaint (Doc. 78) is DENIED.

Signed in Baton Rouge, Louisiana, on February 11, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**